*Richard Krause* for appellant.

*Frank H. Edmunds* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. G. HYDE & SONS, Respondents, *v.* FRANK A. O'DONNEL et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Hyde & Sons* v. *O'Donnel,* 116 App. Div. 161, affirmed.
(Argued February 20, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 7, 1906, which affirmed an order of Special Term sustaining a writ of certiorari and reducing an assessment for taxation against the capital stock of the relator.

*William B. Ellison, Corporation Counsel (George S. Coleman* and *Curtis A. Peters* of counsel), for appellants.

*James J. Allen* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT and WERNER, JJ. Dissenting: HAIGHT and CHASE, JJ. Not voting: VANN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. INTERNATIONAL BANKING CORPORATION, Appellant, *v.* FRANK RAYMOND et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. International Banking Corpn.* v. *Raymond,* 117 App. Div. 62, affirmed.
(Argued February 21, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered Jan-

uary 11, 1907, which affirmed an order of Special Term confirming an assessment for taxation against the capital of the relator invested in business in this state.

*David Rumsey* for appellant.

*William B. Ellison,* Corporation Counsel (*Curtis A. Peters* and *George S. Coleman* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.

---

OLIVER R. ARKENBURGH, Respondent, *v.* ROBERT H. ARKENBURGH, Appellant.

*Arkenburgh* v. *Arkenburgh,* 114 App. Div. 436, 913, affirmed.
(Submitted February 21, 1907; decided March 12, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1906, which affirmed an order of Special Term denying a motion to vacate an order directing a sale of attached property.

The following question was certified:

"Whether, upon the said record, the Supreme Court had power under section 708 of the Code of Civil Procedure or otherwise to direct the sheriff to sell, under an execution in this action issued, the personal property attached under the warrant of attachment issued therein, including the judgment recovered in the action in aid of the attachment or the claim embraced therein."

*Charles Edward Souther* for appellant.

*Robert Forsyth Little* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.